UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

PAUL WILLIAMS,

                   Plaintiff,

      -against-

Officer JOHN DOE 1, Officer JOHN DOE 2,
and CITY OF NEW YORK
                Defendants.:

-----------------------------------------------------------x

Case No. 08 Civ. 5498 (NRB)(JCF)

ECF CASE

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                               ) ss:
COUNTY OF NEW YORK  )

    I, Colin L. Doyle, being duly sworn, say:

    I am not a party to this action, am over eighteen years of age, am a licensed process server in the County of New York, am employed by Covington & Burling LLP and reside in Secaucus, New Jersey.

    On June 19, 2008, at approximately 11:00 a.m.,. I served by hand upon the City of New York true and correct copies of the **SUMMONS IN A CIVIL ACTION** and **COMPLAINT** (both dated June 18, 2008), in the above-captioned action, at the below-indicated address:

                City of New York Law Department
                Office of Corporation Counsel
                4th Floor
                100 Church Street
                New York, NY

    Service was accepted by Amanda Gonzales who is the Docketing Clerk for the City of New York Law Department. At the time of service Ms. Gonzales indicated that she is authorized to accept service of process on behalf of the City of New York. I would describe Ms. Gonzales as a Hispanic female with dark hair. She is approximately 25 years of age and weighs approximately 130 pounds.

                                                          Colin L. Doyle

Sworn to before me this
23rd day of June, 2008

RYAN AMIR MIRIAN
NY: Notary Public, State of New York
No. 01MI6178937
Qualified in New York County
Commission Expires Dec. 17, 2011

◎AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

| Southern | District of | New York |

Paul Williams

V.

Officer John Doe 1, Officer John Doe 2, and City of New York

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: **08 CIV 5498**

TO: (Name and address of Defendant)

| City of New York | John Doe 1 | John Doe 2 |
| c/o Corporation Counsel | c/o Corporation Counsel | c/o Corporation Counsel |
| 100 Church Street | 100 Church Street | 100 Church Street |
| New York, NY 10007 | New York, NY 10007 | New York, NY 10007 |

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Mari K. Bonthuis
Covington & Burling LLP
620 Eighth Avenue
New York, NY 10007

an answer to the complaint which is served on you with this summons, within ___twenty (20)___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

(By) DEPUTY CLERK

DATE  JUN 18 2008

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____  _____
               Date              *Signature of Server*

                         _____
                         *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.