UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

PAUL WILLIAMS,

                                      **NOTICE OF APPEARANCE**

                            Plaintiff,

                                     08 CV 5498 (NRB)

                -against-

THE CITY OF NEW YORK, et. al.,

                            Defendants.

------------------------------------------------------------------------ x

             **PLEASE TAKE NOTICE** that the undersigned hereby appears as counsel for

defendant City of New York and requests that all future papers in this action be served upon the

undersigned at the address stated below.

Dated:        New York, New York
               June 30, 2008

                                   MICHAEL A. CARDOZO
                                   Corporation Counsel of the
                                     City of New York
                                   *Attorney for Defendant City of New York*
                                   100 Church Street
                                   New York, New York 10007
                                   (212) 442-8248


                                 By:               /s/
                                     MARK D. ZUCKERMAN

TO:    Mari Bonthuis, Esq.
        Covington and Burling
        *Attorneys for Plaintiff*
        620 Eighth Ave.
        New York, New York 10007
        (212) 841-1000